IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS-EASTERN DIVISION

| | |
|---|---|
| ZULAY, LLC<br><br>　　　　Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND<br>UNINCORPORATED ASSOCIATIONS<br>IDENTIFIED IN SCHEDULE "A"<br><br>　　　　Defendants. | Case No. 22-cv-3265<br><br>Judge John J. Tharp<br>Mag. Judge Maria Valdez |

**PLAINTIFF'S NOTICE OF DISMISSAL
OF CERTAIN DEFENDANTS**

Plaintiff Zulay, LLC, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses all causes of action against defendants: nblk (39) Shenzhen Gold Root Silicone Products Co., Ltd. (41) Ginyia U (106) Jovenn 5(108) Lekgymr (112) Jacksking(113) Jinyier (114) Jeankak-FF (115) Gerioie55 (118) Diydeg520 (125) Weiyirot (127) Yencoly (133) ("Settling Defendants"), with prejudice. Plaintiff is dismissing Settling Defendants because it has reached a full settlement with them, the terms of which have been satisfied.

Settling Defendants have filed neither an answer to the complaint nor a motion for summary judgment as to these claims. Dismissal under Rule 41(a)(1) is therefore appropriate.

|  |  |
|---|---|
| DATED: September 30, 2022 | Respectfully submitted,<br><br>ZULAY, LLC<br><br>By: /s/ James E. Judge<br><br>Zareefa B. Flener (IL Bar No. 6281397)<br>James E. Judge (IL Bar No. 6243206)<br>Flener IP Law, LLC<br>77 W. Washington St., Suite 800<br>Chicago IL 60602<br>jjudge@fleneriplaw.com<br>(312) 724-8874 |