IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
ILLINOIS

| | | |
|---|---|---|
| ZU, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:22-cv-3265 |
| | ) | |
| The Partnerships, et al., | ) | |
| | ) | |
| | ) | Hon. John J. Tharp, Jr. |
| | ) | Magistrate Hon. Maria Valdez |
| Defendants. | ) | |

JOINT MOTION TO VACATE PRELIMINARY INJUNCTION AS TO DEFENDANT KITESSENSU

COME NOW Plaintiff Zulay, LLC, and Defendant Kitessensu, by and through counsel, and hereby move this Honorable Court for entry of an Order vacating the Preliminary Injunction [ECF No. 25] as it applies to Defendant Kitessensu, showing the Court as follows:

1. Plaintiff filed a Motion for Preliminary Injunction on August 9, 2022. [ECF No. 21]

2. The motion was granted on August 11, 2022. [ECF No. 24]

3. The Preliminary Injunction was entered on August 11, 2022. [ECF No. 25]

4. Defendant Kitessensu filed a motion to dissolve or modify the Preliminary Injunction on August 16, 2022. The motion has been fully briefed. [ECF No. 30, 32, 33, 35, and 46]. The motion remains pending.

5. The parties have reached an agreement to settle this matter. The terms of the settlement require that the parties jointly seek an Order from the Court vacating the Preliminary Injunction as it applies to Kitessensu and ordering Amazon to release any and all holds placed on Kitessensu's Amazon account as a result of the

Preliminary Injunction within two business days of entry of an Order granting this motion.

6. The parties have submitted a proposed Order to the proposed order email address proposed_order_tharp@ilnd@uscourts.gov.

7. The parties are engaged in the remaining business of closing the settlement and anticipate filing a stipulated dismissal after the parties have executed their obligations under the Settlement Agreement.

Dated October 7, 2022.

Respectfully submitted,

/s/ Erin K. Russell
The Russell Firm, LLC
Counsel for Kitessensu
833 W. Chicago Avenue, Suite 508
Chicago, IL 60642
T: 312-994-2424
erin@russellfirmip.com

By: /s/James E. Judge
James E. Judge
jjudge@fleneriplaw.com
77 W. Washington St., Suite 800
Chicago IL 60602
(312) 724-8874

CERTIFICATE OF
SERVICE

This is to certify that on October 7, 2022, this document was filed with the Court via the CM/ECF electronic filing system, thereby serving it upon all counsel of record.

/s/ Erin K. Russell